```
                           United States Bankruptcy Court
                            Southern District of Florida

In re:                                                              Case No. 20-13728-RAM
Dorcas Garcia                                                       Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 113C-1          User: reynoldsm           Page 1 of 2           Date Rcvd: Mar 20, 2020
                              Form ID: 309A             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db              Dorcas Garcia,    1355 W 44th Place #226,    Hialeah, FL  33012-3365
95630575       +ARM Inc.,    PO Box 277690,    Miramar, FL 33027-7690
95630576       +ARS,    PO Box 8668,    Coral Springs, FL 33075-8668
95630577        Aurora Diagnostics - Mark and Kambour MD,    PO Box 100914,    Atlanta, GA 30384-0914
95630584       +Eduardo Montilla, MD PA,    5190 NW 167th Street,    Suite 104A,    Miami Lakes, FL 33014-6337
95630586       +Larkin Community Hospital,    c/o Palm Springs Campus, LLC,    PO Box 441088,
                 Miami, FL 33144-1088
95630585       +Larkin Community Hospital,    Palm Springs Campus,    1475 W 49th Place,    Hialeah, FL 33012-3113
95630588        Larkin Emergency Physician LLC,    PO Box 865389,    Emergency Department,
                 Orlando, FL 32886-0001
95630590       +Midland Fund,    Attn: Bankruptcy,    350 Camino de la Reina,    Suite 100,
                 San Diego, CA 92108-3007
95630593       +Portfolio Recovery Associates, LLC,    c/o Hayt, Hayt & Landau, P.L.,    7765 SW 87th Avenue,
                 Suite 101,    Miami, FL 33173-2535
95630595        The SOS Group,    29065 Clemens Road,    Suite 200,    Westlake, OH 44145-1179
95630599        VSI Rad, LLC,    5927 SW 70th Street #439031,    Miami, FL 33143
95630597       +Victor Pazos MDPA,    PO Box 144920,    Miami, FL 33114-4920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: court@bankruptcyclinic.com Mar 21 2020 02:41:47      Robert Sanchez, Esq,
                 355 W 49 St.,    Hialeah, FL  33012
tr             +E-mail/Text: marcia.dunn@txitrustee.com Mar 21 2020 02:42:04      Marcia T Dunn,
                 66 West Flagler Street, Ste 400,    Miami, FL 33130-1807
smg             EDI: FLDEPREV.COM Mar 21 2020 06:13:00      Florida Department of Revenue,    POB 6668,
                 Tallahassee, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Mar 21 2020 02:43:27      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
95630574        EDI: GMACFS.COM Mar 21 2020 06:13:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
95630578        EDI: CAPITALONE.COM Mar 21 2020 06:13:00      Capital One,    PO Box 60599,
                 City of Industry, CA 91716-0599
95630581       +EDI: WFNNB.COM Mar 21 2020 06:13:00      Comenity Bank/Express,    PO Box 182789,
                 Columbus, OH 43218-2789
95630582        EDI: WFNNB.COM Mar 21 2020 06:13:00      Comenity Bank/Victoria's Secret,    PO Box 659728,
                 San Antonio, TX 78265-9728
95630583        E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2020 02:45:33      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
95630579        EDI: JPMORGANCHASE Mar 21 2020 06:13:00      Chase Bank,    PO Box 15298,
                 Wilmington, DE 19850-5298
95630589        EDI: TSYS2.COM Mar 21 2020 06:13:00      Macy's,    PO Box 8218,    Mason, OH 45040-8218
95630592        EDI: PRA.COM Mar 21 2020 06:13:00      Portfolio Recovery Associates,
                 Riverside Commerce Center,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502-4962
95630591        EDI: RMSC.COM Mar 21 2020 06:13:00      Paypal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
95630594       +EDI: RMSC.COM Mar 21 2020 06:13:00      Syncb/Walmart,    PO Box 965022,    Orlando, FL 32896-5022
                                                                                                TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95630580*     ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court: Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298)
95630587*      +Larkin Community Hospital,    Palm Springs Campus,    1475 W 49th Place,    Hialeah, FL 33012-3113
95630596*       The SOS Group,    29065 Clemens Road,    Suite 200,    Westlake, OH 44145-1179
95630598*      +Victor Pazos MDPA,    PO Box 144920,    Miami, FL 33114-4920
                                                                                        TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 113C-1            User: reynoldsm            Page 2 of 2            Date Rcvd: Mar 20, 2020
                                Form ID: 309A              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Marcia T Dunn    mdunn@dunnlawpa.com,
               acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robert   Sanchez, Esq    on behalf of Debtor Dorcas  Garcia court@bankruptcyclinic.com,
               r51375@notify.bestcase.com
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Dorcas Garcia** | | Social Security number or ITIN | xxx–xx–0399 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of Florida | | Date case filed for chapter | 7   3/19/20 |
| Case number: | 20–13728–RAM | | | |

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

<u>**WARNING TO DEBTOR:**</u> **WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE–BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Dorcas Garcia | |
| 2. | **All Other Names Used in the Last 8 Years** | aka Dorcas Garcia Ravelo | |
| 3. | **Address** | 1355 W 44th Place #226<br>Hialeah, FL 33012–3365 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and Address | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012 | Contact Phone 305.687.8008 |
| 5. | **Bankruptcy Trustee**<br>Name and Address | Marcia T Dunn<br>66 West Flagler Street, Ste 400<br>Miami, FL 33130 | Contact Phone 786–433–3866 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court<br>301 North Miami Avenue, Room 150<br>Miami, FL 33128 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (305) 714–1800 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **3/20/20** |

**For more information, see page 2 >**

Local Form 309A USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline** (08/13/2018)   page 1

| | | |
|---|---|---|
| **7.    ** MEETING OF CREDITORS **** | **April 28, 2020** at **01:30 PM** | ****LOCATION:** |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government–issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130** |
| **8. Presumption of Abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing Deadline:** 6/29/20 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.<br><br>A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **You must file a complaint:**<br>    if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>    if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion** if you assert that<br>    the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003–1(B) for converted cases. |
| **10. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| **11. Proof of Claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. If this case is converted from chapter 13, under Local Rules 1019–1(E) and 3002–1(A) it has been designated as a no asset case at this time. | |
| **12. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **13. Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |